# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **MARION CAMERON** | * | **CIVIL ACTION NO. 10-04020** |
| | * | |
| **VERSUS** | * | **JUDGE: SARAH S. VANCE** |
| | * | |
| **CERTAIN UNDERWRITERS** | * | **MAGISTRATE: DANIEL E.** |
| **AT LLOYDS OF LONDON** | * | **KNOWLES, III** |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER

Considering the JOINT MOTION TO CONSENT TO REMAND;

IT IS HEREBY ORDERED that, pursuant to a Binding Stipulation executed by Plaintiff, Marion Cameron, in which Plaintiff affirmatively asserts that she will not seek any damages in excess of the $75,000 jurisdictional limit required for Federal Court jurisdiction pursuant to 28 U.S.C. § 1332, for all elements of damage, including all statutory, exemplary and punitive damages, penalties, and attorneys' fees, but exclusive of interest and costs, the captioned matter is hereby remanded to Civil District Court for the Parish of Orleans.

THUS DONE and SIGNED at New Orleans, Louisiana, on this 2nd day of December, 2010.

*Sarah Vance*
_____
UNITED STATES DISTRICT JUDGE